IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ABDUL ELIJAH MUHAMMAD                                                                   PLAINTIFF

VS.                                        Civil No. 14-cv-1066

NATHAN GREELEY;
TAMIE GAMBLE; and
TERRY WEST                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 4, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 5). Judge Bryant recommends that Plaintiff's case be dismissed for failure to comply with the Federal Rules of Civil Procedure and failure to prosecute this action. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of July, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge